Melanie Tavare, Esq. SBN 255581
The Law Offices of Melanie Tavare
1276 A Street
Hayward, CA 94541
 (510) 255-4646 – t
(510) 255-4647 – f
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re**:<br><br>Colleen Estes,<br>                                **Debtor(s)** | Case No. 16-30699<br><br>Chapter 7<br><br>**AMENDED MOTION TO WITHDRAW AS COUSNEL OF RECORD FOR DEBTOR** |

 Melanie Tavare, Esq. hereby moves this court for an order authorizing Melanie Tavare, Esq. (hereinafter "movant") to withdraw as Counsel of Record for Colleen Estes (hereinafter "Debtor(s)") in the above captioned case, on the grounds that there has been a breakdown in communication so fundamental that Movant can no longer represent the Debtor. This breakdown in communication has made it unreasonably difficult for the attorney to continue representation.

**JURISDICTION AND VENUE**

This court has jurisdiction over this motion pursuant to 28 U.S.C. §157 and §1334. Venue is proper in this district pursuant to 28 U.S.C. §1408 and §1409. This matter is a core proceeding under 28 U.S.C. §157(b)(2)(A).. The relief requested herein is grounded on Civil Local Rule 11-5(a) of the Northern District of California, incorporated into this proceeding by Bankruptcy Local Rule 1001-2(a).

**ARGUMENT**

It is well-settled that an attorney is permitted to withdraw if the client's conduct "renders it unreasonably difficult for the [attorney] to carry out the employment effectively" by not

communicating or cooperating with the attorney. See Rule 3-700(c)(1)(d) of the California Rules of Professional Conduct; see also *Estate of Falco*, 188 Cal. App. 3d 1004 (2d Dist. 1987).

In the current case, the Debtor's lack of communication and cooperation has made it unreasonably difficult for the Movant to continue representation at this time. The Debtor and attorney disagreed on a fundamental aspect of the case. The Debtor has stopped responding to the attorney and has not returned phone calls or email correspondence.

WHEREFORE, Melanie Tavare, Esq., requests that this Court enter an order as follows:

A. Granting this Motion.

B. Authorizing Melanie Tavare, Esq., to withdraw as counsel of record for the Debtor in this case and any other associated cases.

C. For such other and further relief as the Court deems just and proper.

Dated: 11/1/16                                       <u>Melanie Tavare</u>
                                                      Melanie Tavare
                                                      Attorney for Debtor